61 STAT 642
**Andrew Steven: Gray**, agent,
actual christian lawful man
c/o: 19916 Old Owen Road, #130
Monroe [98272]
Washington State
united states of America

FILED ___ LODGED
___ RECEIVED
DEC 12 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

# THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| Andrew Steven: Gray, a man, a Private Citizen,<br>    Plaintiff,<br>Vs.<br>Darrel Richard Ellis, Eileen M. Murphy, Mark A. Chmelewski, Linda D. Childs, Diana MaeKenzie, Brennen Milloy, Scott Ferguson, Rob Leetz, Liz Luce, Peter D. Teets, Maile Abraham, Debbie Myers, Charles Glondo, David B. Bowen, Alan A. Crankovich, Perry D. Huston, and all others similarly situated,<br>    Defendant(s) | Cause No. MS 06-5029<br><br>**VERIFIED NOTICE OF REMOVAL OF:**<br><br>**MUNICIPAL COURT OF WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY**<br>Cause No.: CR 4817 |

## NOTICE OF REMOVAL

Andrew Steven: Gray, hereby removes cause number CR 4817 from the MUNICIPAL COURT OF WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY to United



9

06-MC-05029-NTC

States District Court for the Western District of Washington, at Tacoma. The Plaintiff is authorized to remove the action described above pursuant to Law as articulated at 28 USC 1441(a) and 1441(b), in compliance with the requirements of 28 USC. § 1446. The district courts of the United States have original jurisdiction in Law as articulated at 28 USC 1330 and 1331, Plaintiff removes the action filed in the MUNICIPAL COURT OF WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY cause no. CR 4817.

## STATUS OF THE PLAINTIFF

The Plaintiff(s) is established in good faith as a natural citizen /or Inhabitant of The State of Washington, a Republic established by the adoption and ratification of the Constitution of the State of Washington November 5, 1878 and "separate legal person" from United States, prosecuting claims under principles of international Law.

## BACKGROUND

### Original State Court Action:

On, A civil/criminal action was commenced as cause number CR 4817, filed in the MUNICIPAL COURT OF WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY, at the City of Cle Elum, and entitled CITY OF CLE ELUM, plaintiff v. GRAY, ANDREW STEVEN, Defendant. A copy of the CLE ELUM MUNICIPAL COURT DOCKET is attached. See Exhibit "F2".

A copy of all process, pleadings, and orders served upon the Plaintiff and filed in the state court action will be attached when Linda D. Childs, Court Administrator/Clerk returns the documents. A federal court order may be necessary in order to retrieve all documents.

## SUBSTANTIVE BASIS FOR REMOVAL

Defendant bases this notice of removal on 28 U.S.C. sections 1331, 1332(4), 1603(a) and 28 U.S.C. sections 1441 (civil), 1443 (criminal) and under 18 U.S.C. section 1962. Diversity between the parties is/is not alleged.

Section 1441 of Title 28 provides that civil actions, brought in state court based on claims arising under federal law over which the district courts of the United States have original jurisdiction, may be removed by the defendant to the local district court. 28 U.S.C. sections 1441(a),(b). Section 1331 provides that the district courts have original jurisdiction over all civil actions "arising under the Constitution, laws or treaties of the United States." 28 U.S.C. section 1331. Removal jurisdiction based on a federal question is determined from the complaint as it exists at the time of the removal. **Libhart v. Santa Monica Dairy Co.**, 592 F.2d 1062, 1065 (9th Cir. 1979). Removal is proper so long as the federal question is substantial and identifiable. **James v. Belloti**, 733 F.2d 989, 992 (1st Cir. 1984). A defendant in state court thus has the right to remove a case to federal court in the district where the state court proceedings are pending if the case could have been filed originally in federal court (i.e., on federal diversity or federal question grounds). 28 U.S.C. section 1441(b). Where removal is properly effected, the district court may exercise pendent jurisdiction over state law that "arise out of a common nucleus of operative fact." **United Mine Workers v. Gibbs**, 383 U.S. 715, 725, 86 S.Ct. 1130, 1138, 16 L.Ed.2d 218 (1966) (doctrine of pendent jurisdiction permits district court to adjudicate factually related state claims).

This is a civil/criminal action over which this Court has original jurisdiction pursuant to the provisions of 28 U.S.C. 1331. (Defendant's complaint explicitly states a private civil RICO

claim under 18 U.S.C. sections 1962(b) and (c). and is following this removal. If sued upon alone, a federal claim under RICO is removable as with a district court's original jurisdiction. **Emrich v. Touch Ross & Co., 846 F.2d 1190, 1196 (9th Cir. 1998)**. Plaintiff's state law claims are factually related. As such, this entire case may be properly removed to this court. See Emrich, 846 F.2d at 1196; United Mine Workers, 383 U.S. at 725, 86 S.Ct. at 1138.

**Procedural Requirements for Removal.** The procedural requirements for removal have been met. See 28 U.S.C. section 1446. The defendant received service of this notice for removal is timely under 28 U.S.C. section 1446(b). Defendant received a copy of a Notice of Removal filed by Plaintiff in the state court action pursuant to 28 U.S.C. section 1446(d). To the best of the Plaintiff's Knowledge and belief, no other records or proceedings are filed with the state court. This notice is certified by the undersigned counsel of the Plaintiff pursuant to Fed. R.Civ. P.11 and 28 U.S.C. section 1446(a).

## JURISDICTION

**Jurisdiction founded on the existence of a Federal Question.**

This case is a case arises under Article 4, section 4 of the national Constitution As that the Plaintiff is denied by the Defendant, access to the republican form of government of The State of Washington as hereinafter more fully appears.

**Jurisdiction is founded on diversity of citizenship and amount.**

Plaintiff(s) is established in good faith as a corporation and citizen of The State of Washington, a Republic established by the adoption and ratification of the Constitution of the State of Washington November 5, 1878 and "separate legal person" from United States, whose

principal domicile and place of business is within the geographical area of the Republic of Washington.

The Defendant purports to be established by and act of the United States Congress who is operating business activities within the geographical area of the Republic of the State of Washington.

The matter in controversy exceeds, exclusive of interest and costs, the sum of fifty thousand dollars.

## GROUNDS FOR REMOVAL

The Plaintiff states that the Plaintiff's removal of cause no.: CR 4817, filed in the MUNICIPAL COURT OF WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY on following grounds:

## FEDERAL QUESTIONS:

### GROUND A

Based upon the evidence of three or more entities, and two or more published "constitutions" operating with names incorporating the terms "State" and "Washington", one of which claims to have been created by an act of congress, IS THE "State Court" PLAINTIFF ENTITY THE REPUBLIC ESTABLISHED AND ORDAINED BY THE PEOPLE FOR THE GOVERNMENT OF WASHINGTON AS GUARANTEED BY ARTICLE IV § 4 OF THE NATIONAL CONSTITUTION?

### GROUND B

Based upon evidence of the plaintiff entity's published claim that the plaintiff entity in the "State Court" action is an organization created by act of congress, and declared to be operating

under a different "constitution" than that established and ordained by the People for the Washington republic November 5, 1878, DOES SUCH ENTITY AND ITS "COURTS" HAVE STANDING TO BRING AN ACTION AGAINST ANY INHABITANT OF THE WASHINGTON REPUBLIC OR ANY ORGANIZATION ESTABLISHED OR OPERATED BY THE PEOPLE WITHIN THE WASHINGTON REPUBLIC ESTABLISHED AND ORDAINED NOVEMBER 5, 1878?

## GROUND C

Based upon the evidence that the courts of general jurisdiction for the Washington republic as provided in the Washington constitution established and ordained by the People for the Washington republic on November 5, 1878 as certified by the State Archivist and as published in the Congressional Record, being "circuit courts", IS THE "MUNICIPAL COURT" CAPTIONED IN THE "STATE COURT" PROCESS THE COURTS OF THE REPUBLIC GUARANTEED TO THE INHABITANTS OF WASHINGTON AT ARTICLE IV § 4 OF THE NATIONAL CONSTITUTION?

## GROUND D

Based upon the evidence that the "MUNICIPAL COURT" purporting to be a "State Court" denies a party access to the courts unless the party retains an officer of the prosecuting entity as its "representative" or counsel, CAN SUCH A COURT PROVIDE THE DUE PROCESS OF LAW PROTECTED BY EFFECTIVE ASSISTANCE OF COUNSEL AS GUARANTEED BY ARTICLE XIV IN AMENDMENT TO THE NATIONAL CONSTITUTION AND INCORPORATING EQUAL PROTECTION OF ARTICLE VI IN AMENDMENT THERETO?

## GROUND E

Based upon the evidence that the inhabitants of the Washington republic established and ordained November 5, 1878, having no operational republican form of government available at the state level, DOES THE FEDERAL COURT HAVE A DUTY TO PROVIDE A COURT OPERATING UNDER A REPUBLICAN FORMAT AS GUARANTEED AT ARTICLE IV § 4 OF THE NATIONAL CONSTITUTION?

## DIVERSITY QUESTIONS

## GROUND F

Based upon the evidence that the plaintiff entity claims to have been created by an act of congress, substantively declaring such entity to be a corporation created under the laws of, and within the venue of the District of Columbia, and Petitioners corporation being created under the laws of, and within the venue of the Washington republic established and ordained by the People November 5, 1878, ARE THE PARTIES TO THE ACTION OF DIVERSE CITIZENSHIP UPON WHICH THE JURISDICTION OF THE FEDERAL COURT MAY BE INVOKED?

## GROUND G

Based upon the evidence that Darrel Richard Ellis, Eileen M. Murphy, Mark A. Chmelewski, Linda D. Childs, Diana MaeKenzie, Brennen Milloy, Scott Ferguson, Rob Leetz, Liz Luce, Peter D. Teets, Maile Abraham, Debbie Myers, Charles Glondo, David B. Bowen, Alan A. Crankovich, Perry D. Huston, and all others similarly situated, are involved in fraud/official misconduct in cause number CR 4817 from the MUNICIPAL COURT OF

WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY. A verified complaint is following this removal outlining the fraud and official misconduct.

## NOTICE: DUTY OF STATE COURT

The MUNICIPAL COURT OF WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY, and the officers thereof, are subject to the duty(s) required in Law as defined at 28 USC 1446(d). The clerk of said court shall effect the removal of its case # CR 4817 to the United States District Court for the western district of Washington, at Tacoma, and shall proceed no further unless and until the case is remanded.

## POINTS AND AUTHORITIES

"Removal to a federal court halts all further proceedings in state court, which thereon loses jurisdiction unless and until the case is remanded." Styers v. Pico, inc., 223 SE 2nd. 656.

"Upon the filing, and service of a verified petition for removal by a defendant in a state criminal prosecution the state court loses jurisdiction over the prosecution and jurisdiction lies only with the federal court unless and until the case is remanded back to the state court. Chesimard v. Kuhlthau, 370 F. Supp. 473.

"Once removal procedure has been carried out, action in state court is automatically stayed and any proceedings there prior to federal remand order are absolutely void, despite subsequent determination that removal petition was ineffective." Vendetti v. Schuster, 242 F. Supp. 746.

WHEREFORE, the state action filed under cause no. CR 4817 filed in the MUNICIPAL COURT OF WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY is hereby removed to the United States District Court for the Western District of Washington, at Tacoma.

**Further Andrew Steven: Gray sayeth not.**

VERIFIED NOTICE OF REMOVAL            8 of 9

| | |
|---|---|
| GRAY, ANDREW STEVEN<br>NOT AN ACCOMMODATION | The People of the State of Washington,<br>specifically, Andrew Steven: Gray,<br>Sui juris. |

### JURAT

As a Notary Public in witness whereof, /s/ Donald Theodore Grahn, attests to the following:

**united State of America** )
**The State of Washington** ) : ss   **ATTESTATION**
**County of King** )

In Witness whereof, I affirm and set my hand and seal on this 11th day of December, A. D. in the year of our Lord two thousand and Six, before me, Donald Theodore Grahn, the undersigned Notary Public in and for the State of Washington, appeared Andrew Steven: Gray, personally known to me or proved to me on the basis of satisfactory evidence, to be the person whose signature appears in the within instrument and acknowledged to me that he executed it.

Donald Theodore Grahn
Notary Public-Washington
My commission expires 9/18/10
Mailing address:
c/o: 12345 Lake City Way North East, #133
Seattle, [98125]
Washington

Seal                                        **Notice**

**Using a notary on this document does not constitute any adhesion, nor does it alter My status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.**

Andrew Steven: Gray, Agent,
Actual christian lawful Man, injured party,
Inhabitant on the land, Sui Juris.

# "Exhibit "F2""

```
DD7020SX LDC              CLE ELUM MUNICIPAL COURT                      PAGE:
11/27/2006  3:48 PM              D O C K E T
                                                        CASE: C00004817 CP
DEFENDANT                                               Criminal Traffic
   GRAY, ANDREW STEVEN                                  Agency No. 06 2745
   19916 OLD OWEN RD # 130
   MONROE WA 98272-9778                     Home Phone: 2062511070
                                            Work Phone: 4258069596

  AKA RUSSEL, BENJAMINE ISSAC
  AKA AUSTIN, STRYDER DEAN


OFFICER
   00224 CPL LEETZ, ROBERT W

CHARGES
   Violation Date: 09/04/2006              DV  Plea          Finding
   1 46.20.342.1C    DWLS 3RD DEGREE        N  Not Guilty

TEXT
   S 09/05/2006 Case Filed on 09/05/2006
     09/06/2006 DEF 1 GRAY, ANDREW STEVEN Added as Participant
                OFF 1 LEETZ, ROBERT W Added as Participant
                ARR N Set for 09/11/2006 09:00 AM
                in Room 1 with Judge DRE
   U            AFFIDAVIT FILED BY OFFICER
                DEF PHONED FOR INFO, WANTED TO KNOW IF WE ARE A COURT OF
                RECORD, ADV YES, WILL RESET ARR TO 9/25/06
   S            ARR N Rescheduled to 09/25/2006 09:00 AM
                in Room 1 with Judge DRE
   U            DEF PHONED, ASKED NUMEROUS QUESTIONS, ADV PROS ATY NAME AND
                NUMBER, ALSO WANTED EMPLOYEE ID NUMBERS, ADV NOT GIVEN OUT
                HE WILL CALL AUDITOR'S OFFICE AND OBTAIN
   S 09/25/2006 Defendant Arraigned on Charge 1
   U            JUDGE DARREL R ELLIS
                10:07:31
                DEFENDANT PRESENT
                DEF ADV OF RIGHTS, CHARGE AND MAXIMUM PENALTY
                DEF ASKED IF ENTITLED TO FAIR HEARING, JUDGE ADV HE IS
                ENTITLED TO TRIAL, MEANINGFUL TRIAL
                DEF ASKED IF ENTTITLED TO BE ADVISED OF CHARGE, RIGHTS
                DEF ASKED WHAT ARE CONSEQUENCES IF DOES NOT RECEIVE A FAIR
                TRIAL
                DEF CONTINUED TO QUESTION JUDGE RE: FAIR TRIAL, JURISDICTION
                OF DEF
                JUDGE ORDERED DEF TO BE QUITE OR WILL BE HELD IN CONTEMPT
                OF COURT
                DEF ASKED IF JUDGE IS PROSECUTOR
                DEF MOVED TO DIMISS, NOT PROSECUTING ATHORITY
                JUDGE EXPLAINED ENTRY OF PLEA
                JUDGE ADV MAXIMUM PENALTY OF $1000 FINE, 90 DAYS JAIL, DET
                ADV DOES NOT UNDERSTAND
                JUDGE ADV WILL ENTER NOT GUILTY PLEA ON BEHALF OF DEF
                DEF ARGUED JUDGE IS NOT REPRESENTING HIM
                COURT ENTERED NOT GUILTY PLEA
```

Docket continued on next page

Case 3:06-mc-05029-FDB   Document 1   Filed 12/12/06   Page 11 of 17

```
DD7020SX LDC                CLE ELUM MUNICIPAL COURT                    PAGE:
11/27/2006  3:48 PM                 D O C K E T
                                                           CASE: C0000481? CR
DEFENDANT                                                  Criminal Traffic
  GRAY, ANDREW STEVEN                                      Agency No. 06-274?
```

TEXT - Continued

| | | |
|---|---|---|
| S | 09/25/2006 | Plea/Response of Not Guilty Entered on Charge 1 |
| U | | DEF ADV CANNOT FIND ATY W/O CONFLICT WITH COURT |
| | | COURT APPOINTED ATTORNEY REQUESTED, |
| S | | PTR Set for 11/08/2006 09:00 AM |
| | | in Room 1 with Judge DRE |
| | | PTR on 11/08/2006 09:00 AM |
| | | Changed to Room 1 with Judge EMM |
| U | | REC'D DETERMINATION OF INDIGENCY |
| S | | 6271100029 Miscellaneous Payment Received           10.00 |
| | | for COPY/TAPE FEES |
| U | | RECEIVED ORIGINAL ACTUAL & CONSTRUCTIVE ADMINISTRATIVE NOTICE |
| | | OF PROTEST AND DISHONOR FROM DEF GRAY - PLACED IN FILE FOLDER |
| | | CCDR FILED |
| | | DEF CAME IN, SUBMITTED REQ FOR COPY OF AUDIO RECORDINGS |
| S | | ARR N: Held |
| | 09/26/2006 | Notice Issued for PTR on 11/08/2006 09:00 AM |
| U | | LETTER TO DEF, ADV MUST PROVIDE COURT WITH DETAILS OF INCOME |
| | | AND EXPENSES BEFORE AFFIDAVIT OF INDIGENCY WILL BE DETERMINED |
| | | ADV DEF $10 COPY/TAPE FEE BEING REFUNDED AS COURT UNABLE TO |
| | | PROVIDE COPY OF RECORDINGS FROM 9/25 HEARING DUE TO A |
| | | MALFUNCTION WITH THE COURT'S RECORDING SYSTEM |
| | | **WILL NEED TO WAIT UNTIL 9/28 TO ISSUE REFUND DUE TO |
| | | CUTOFF DATE** |
| | 09/27/2006 | PAPERWORK FILED BY PROSECUTOR |
| S | 09/28/2006 | 6271100029 COPY/TAPE FEES Adjusted                -10.00 |
| | | Authorized by: DMM |
| | | 06272100029 Appearance Bail Posted for DEF  1       10.00 |
| | | Posted by:  GRAY, ANDREW STEVEN |
| | | Appearance Bail Marked Payable                      10.00 |
| | | Court Chk Ref 647 for Bail Refund                    10.00 |
| | | to Payee: GRAY, ANDREW STEVEN |
| U | | ***REFUNED CD FEE PER JUDGE ELLIS |
| | 10/02/2006 | REFUSED FOR FRAUD FOREEIGN TO YOUR JURISDICTION NUC PRO TUNC |
| | | FILED |
| | 10/04/2006 | REQUEST FOR PRETRIAL TO BE RESCHEDULED TO JANUARY 3, 2006 |
| | | RECEIVED, UP FOR JUDGE TO REVIEW |
| | 10/06/2006 | JUDGES OATH CONTRACT FILED, UP FOR JUDGE TO REVIEW |
| | 10/11/2006 | NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS |
| | | NOTICE TO PRINCIPAL FILED |
| | 10/12/2006 | COPY OF PUBLIC DISCLOSURE REQUEST FOR INFORMATION RECEIVED |
| | | FROM CEPD REGARDING NAME OF CHIEF, NO CAPTAIN |
| | 10/30/2006 | NOTICE OF PREJUDICE, APPEARANCE OF FAIRNESS, AFFIDAVIT OF |
| | | FACTS AND FIRST HAND KNOWLEDGE OF ANDREW S GRAY, AND |
| | | AFFIDAVIT OF FACTS AND FIRST HAND KNOWLEDGE OF JENNIFER |
| | | PETERSON FILED |
| | | OFFICIAL MISCONDUCT OF BARRATRY BY ADDED PARTICIPANTS AND |
| | | SUMMONS IN A CIVIL CASE FILED |
| | 10/31/2006 | NOTICE AND CLAIM OF CONSTITUTIONAL RIGHTS THE PRESIDING JUDGE |
| | | AND ALL PUBLIC OFFICERS ARE REQUIRED TO UPHOLD FILED |

Docket continued on next page

```
DD7020SX LDC                    CLE ELUM MUNICIPAL COURT                    PAGE:
11/27/2006  3:48 PM                     D O C K E T
                                                                CASE: C00004817
DEFENDANT                                                       Criminal Traffic
  GRAY, ANDREW STEVEN                                           Agency No. 06-2743
```

TEXT - Continued
   U 11/03/2006 NOTICE OF FAULT AND OPPORTUNITY TO CURE FILED
      11/08/2006 JUDICIAL NOTICE TO COURT THAT PLAINTIFF FAILED TO ANSWER THE
                  FIRST REQUEST FOR DEPOSITIONS, ADMISSIONS AND THE SECOND
                  REQUEST FOR DEPOSITIONS, ADMISSIONS AND DISCOVERY FILED
                  BY DEFENDANT
                  PRE TRIAL CONFERENCE BEFORE JUDGE PRO TEM MURPHY
                  PROSECUTOR CHMELEWSKI
                  NOTICE OF DEFAULT AND NOTICE OF NON RESPONSE OF INTERNATIONAL
                  COMMERCIAL CLAIM AND ADMINISTRATIVE REMEDY FILED
                  10:27:57   DEFENDANT PRESENT.
                  PROSECUTOR REQUESTS TRIAL DATE, NO AGREEMENT ON MATTER
  S               OTH STAT Set for 12/13/2006 09:03 AM
                  in Room 1 with Judge DRE
                  JTR Set for 12/14/2006 09:00 AM
                  in Room 1 with Judge DRE
  U               DEFENDANT QUESTIONS JUDGE ABOUT ANY EVIDENCE ENTERED INTO
                  CASE.
  S               ~~MOT Set for 12/13/2006 09:03 AM~~
                  in Room 1 with Judge DRE
                  6313100099 Miscellaneous Payment Received           10.00
                      for OTH CERT/CC FEE
                  Notice Issued for OTH STAT on 12/13/2006 09:03 AM
                  Notice Issued for MOT on 12/13/2006 09:03 AM
                  Notice Issued for JTR on 12/14/2006 09:00 AM
                  PTR: Held
  U 11/09/2006 COPY OF CD FROM 11/8/06 HEARING MAILED TO DEFENDANT
  S               OTH STAT on 12/13/2006 09:03 AM
                  in Room 1 with Judge DRE Canceled
                  MOT on 12/13/2006 09:03 AM
                  in Room 1 with Judge DRE Canceled
                  OTH STAT Set for 12/13/2006 09:03 AM
                  in Room 1 with Judge EMM
                  MOT Set for 12/13/2006 09:03 AM
                  in Room 1 with Judge EMM
                  Notice Issued for OTH STAT on 12/13/2006 09:03 AM
                  Notice Issued for MOT on 12/13/2006 09:03 AM
      11/13/2006 JTR on 12/14/2006 09:00 AM
                  in Room 1 with Judge DRE Canceled
                  JTR Set for 12/14/2006 09:00 AM
                  in Room 1 with Judge EMM
                  Notice Issued for JTR on 12/14/2006 09:00 AM
  U 11/15/2006 SUBPOENA FOR JURY TRIAL FILED
                  PLAINTIFFS DEMAND FOR DISCOVERY FILED
      11/20/2006 AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT AND ANSWER TO
                  PLAINTIFF'S DEMAND FOR DISCOVERY FILED
                  LAWFUL REQUEST FOR PUBLIC DISCLOSURE FILED
      11/27/2006 DEF PHONED, MAKING INQUIRY ABOUT COURT NOT RETURNING PAPER
                  WORK HE'D FILED AND COPY OF DOCKET FAXED TO HIM @ 425 7478250
                  ADVISED W/ORDER AND FAX HOPEFULLY TODAY

Docket continued on next page

```
D07020SX LDC                    CLE ELUM MUNICIPAL COURT                              PAGE:
11/27/2006   3:48 PM                      D O C K E T
                                                                      CASE: C00004877
DEFENDANT                                                             Criminal Traffic
   GRAY, ANDREW STEVEN                                                Agency No. 06-274

ACCOUNTING SUMMARY
                           Total Due              Paid            Credit           Balance
   Timepay: N                10.00               10.00

ADDITIONAL CASE DATA
   Case Disposition
      Disposition: OPEN

   Personal Description
      Sex: M   Race: W   DOB: 01/07/1977
      Dr.Lic.No.: GRAY*AS232BG    State: WA   Expires: 2010
      Employer: EAGLE SERVICES
      Height: 6  1   Weight: 160   Eyes: BLU   Hair: BRO

   Hearing Summary
      Held       ARRAINGMENT          ON 09/25/2006 AT 09:00 AM IN ROOM 1    WITH
      Held       PRE TRIAL            ON 11/08/2006 AT 09:00 AM IN ROOM 1    WITH
      Schedule   JURY TRIAL STATUS    ON 12/13/2006 AT 09:03 AM IN ROOM 1    WITH
      Schedule   RULE ON MOTION       ON 12/13/2006 AT 09:03 AM IN ROOM 1    WITH
      Schedule   JURY TRIAL           ON 12/14/2006 AT 09:00 AM IN ROOM 1    WITH
```

End of docket report for this case


61 STAT 642

# BILL OF LADING

Date: September 12th, 2006

**Cargo is From:**
Andrew Steven: Gray, agent, actual
Christian lawful man, inhabitant
resting on the soil, Sui Juris,
c/o:19916 Old Owen Road, #130
Monroe [98272]
Washington State
united states of America

**Deliver Cargo To:**
Bruce Rifkin, Clerk of Court
United States District Court Clerk
United States District Court
Western District of Washington
Tacoma Division
1717 Pacific Avenue
Tacoma, WA 98402

This cargo consists of the following documents
for Case Number: **MS 06- 5029**

1. VERIFIED NOTICE OF REMOVAL OF MUNICIPAL COURT OF WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY, Cause No.: CR 4817
2. Exhibit "F2", CLE ELUM MUNICIPAL COURT DOCKET.

**Delivery instructions:**
Bruce Rifkin, These documents are to be delivered into Admiralty Jurisdiction Venue with a **THREE JUDGE ARTICLE III COURT HEARING DEMANDED** of The United States District Court, Western District of Washington, Tacoma Division.

_____ Seal
**Andrew Steven: Gray, agent, Actual christian Man,
Inhabitant resting on the soil, Sui Juris**


61 STAT 642

# BILL OF LADING

Date: September 12th, 2006

**Cargo is From:**
Andrew Steven: Gray, agent, actual
Christian lawful man, inhabitant
resting on the soil, Sui Juris,
c/o:19916 Old Owen Road, #130
Monroe [98272]
Washington State
united states of America

**Deliver Cargo To:**
Bruce Rifkin, Clerk of Court
United States District Court Clerk
United States District Court
Western District of Washington
Tacoma Division
1717 Pacific Avenue
Tacoma, WA 98402

This cargo consists of the following documents
for Case Number: **MS 06 - 5029**

1. **VERIFIED NOTICE OF REMOVAL OF MUNICIPAL COURT OF WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY, Cause No.: CR 4817**
2. Exhibit "F2", CLE ELUM MUNICIPAL COURT DOCKET.

**Delivery instructions:**
Bruce Rifkin, These documents are to be delivered into Admiralty Jurisdiction Venue with a **THREE JUDGE ARTICLE III COURT HEARING DEMANDED** of The United States District Court, Western District of Washington, Tacoma Division.

_____ Seal
**Andrew Steven: Gray, agent, Actual christian Man,
Inhabitant resting on the soil, Sui Juris**


61 STAT 642

# BILL OF LADING

Date: September 12th, 2006

**Cargo is From:**
Andrew Steven: Gray, agent, actual
Christian lawful man, inhabitant
resting on the soil, Sui Juris,
c/o:19916 Old Owen Road, #130
Monroe [98272]
Washington State
united states of America

**Deliver Cargo To:**
Bruce Rifkin, Clerk of Court
United States District Court Clerk
United States District Court
Western District of Washington
Tacoma Division
1717 Pacific Avenue
Tacoma, WA 98402

This cargo consists of the following documents
for Case Number: **MS06-5029**

1. **VERIFIED NOTICE OF REMOVAL OF MUNICIPAL COURT OF WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY, Cause No.: CR 4817**
2. Exhibit "F2", CLE ELUM MUNICIPAL COURT DOCKET.

**Delivery instructions:**
Bruce Rifkin, These documents are to be delivered into Admiralty Jurisdiction Venue with a **THREE JUDGE ARTICLE III COURT HEARING DEMANDED** of The United States District Court, Western District of Washington, Tacoma Division.

_____ **Seal**
**Andrew Steven: Gray, agent, Actual christian Man,
Inhabitant resting on the soil, Sui Juris**


61 STAT 642

# BILL OF LADING

Date: September 12th, 2006

**Cargo is From:**
Andrew Steven: Gray, agent, actual
Christian lawful man, inhabitant
resting on the soil, Sui Juris,
c/o:19916 Old Owen Road, #130
Monroe [98272]
Washington State
united states of America

**Deliver Cargo To:**
Bruce Rifkin, Clerk of Court
United States District Court Clerk
United States District Court
Western District of Washington
Tacoma Division
1717 Pacific Avenue
Tacoma, WA 98402

This cargo consists of the following documents
for Case Number: **MS 06 - 5029**

1. **VERIFIED NOTICE OF REMOVAL OF MUNICIPAL COURT OF WASHINGTON FOR CITY OF CLE ELUM, KITTITAS COUNTY, Cause No.: CR 4817**
2. Exhibit "F2", CLE ELUM MUNICIPAL COURT DOCKET.

**Delivery instructions:**
Bruce Rifkin, These documents are to be delivered into Admiralty Jurisdiction Venue with a **THREE JUDGE ARTICLE III COURT HEARING DEMANDED** of The United States District Court, Western District of Washington, Tacoma Division.

_____ Seal
**Andrew Steven: Gray, agent, Actual christian Man,
Inhabitant resting on the soil, Sui Juris**

Andrew Steven: Gray, agent, actual christian lawful man,
Inhabitant resting on the soil of the state of Washington, united states of America.