UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Andrew Steven: Gray, a man, a Private Citizen,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Darrel Richard Ellis, Eileen M. Murphy, Mark A. Chmelewski, Linda D. Childs, Diana MaeKenzie, Brennen Milloy, Scott Ferguson, Rob Leetz, Liz Luce, Peter D. Teets, Maile Abraham, Debbie Myers, Charles Glondo, David B. Bowen, Alan A. Crankovich, Perry D. Huston, and all others similarly situated,<br><br>　　　　Defendants. | Case No. MS06-5029FDB<br><br>ORDER OF REMAND AND DISMISSAL |

　　Plaintiff purports to remove an action from the Cle Elum Municipal Court citing as bases of removal various sections under 28 United States Code concerning federal question jurisdiction, diversity jurisdiction, immunities of foreign states, removable actions, civil rights cases removable, and district court judgments as liens. Plaintiff characterizes the Cle Elum action as "civil/criminal, although an appended copy of a document entitled "CLE ELUM MUNICIPAL COURT DOCKET" describes the case as "Criminal Traffic" and indicates Steven Andrew Gray as the Defendant therein and further indicates that a jury trial was scheduled for December 14, 2006.

ORDER - 1

1    The Cle Elum Municipal Court matter is not removable to Federal court. Although Plaintiff has not submitted the record from the Court below, the docket sheet submitted with Plaintiff's removal notice reveals that it is a criminal traffic matter over which this court would have no original jurisdiction. This attempt at removal will be rejected, and Plaintiff is left to his procedures available to him in the state court system.

ACCORDINGLY, IT IS ORDERED: Plaintiff's attempted removal is REJECTED, this cause of action is REMANDED to the Cle Elum Municipal Court, and the matter herein is DISMISSED.

DATED this 15th day of December, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2