1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

Andrew Steven: Gray, a man, a Private Citizen,

11

Plaintiff,

12

v.

13

Darrel Richard Ellis, *et al.*,

14

Defendants.

Case No. MS06-5029FDB

ORDER DENYING
RECONSIDERATION AND/OR
SECOND ATTEMPT AT REMOVAL

15

16

This matter, in which plaintiff earlier attempted to remove this case from Cle Elum Municipal

Court, was remanded to that Court, the United States District Court being without jurisdiction.

17

Treating this matter as a motion for reconsideration, it is untimely; treating it as another attempt to

18

remove, removal is denied.  SO ORDERED.

19

DATED this 4th day of April, 2007.

20

21

22

_____

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

23

24

25

26

ORDER - 1